UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DARRIN L. MALLATT<br>                Defendant. | 4:13CR3005<br><br>**FINAL ORDER OF FORFEITURE** |

       This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 36).   The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

       1.   On July 12, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 29) pursuant to the provisions of Title 18, United States Code, Sections 2252(4)(B) and 2253, based upon the Defendant's plea of guilty to Count II and the Forfeiture Allegation of the Indictment filed herein.   By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

         a.   One Apple MacBook Pro laptop computer, model number A1398, serial number C02HX5LYDKQ5;

         b.   One Lexor 64 GB Thumb drive; and

         c.   One SanDisk 32 GB Thumb drive.

       2.   Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 16, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions. A Declaration of Publication was filed herein on October 10, 2013 (Filing No. 35).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

    1. One Apple MacBook Pro laptop computer, model number A1398, serial number C02HX5LYDKQ5;

    2. One Lexor 64 GB Thumb drive; and

    3. One SanDisk 32 GB Thumb drive.

C. The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 10th day of October, 2013.

                                              BY THE COURT:

                                         s/ Joseph F. Bataillon
                                         **United States District Court Judge**